1  GARY R. GOODHEART, ESQ.
   Nevada Bar # 1203
2  JONES VARGAS
   3773 Howard Hughes Parkway
3  Third Floor South
   Las Vegas, Nevada 89169
4  grg@jonesvargas.com
   ghw@jonesvargas.com
5  Telephone: (702) 862-3300
   Facsimile:  (702) 737-7705
6  ATTORNEYS FOR REALTY ONE GROUP, INC.

7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10 | PAUL PRESTON,                              | Case No. 2:12-cv-00797-KJD-PAL
11 |              Plaintiff,                    | NOTICE RE:
   | vs.
12 |                                            | ENTRY OF JUDGMENT IN
   | FIDELITY NATIONAL FINANCIAL, INC.,         | RELATED ACTION CASE NO.
13 | ET AL.                                     | CV-11-09746-DSF (CENTRAL
   |                                            | DISTRICT OF CALIFORNIA) and
14 |              Defendant.                    | [PROPOSED] ORDER OF DISMISSAL
   |                                            | OF THE NEVADA ACTION
15

16

17

18         On June 11, 2012, this Court (Honorable Peggy A. Leen, U. S. Magistrate Judge) entered

19 its Order administratively closing this action based upon a stay of discovery in the underlying

20 California action, Paul Preston v. Fidelity National Financial, Inc., et al, Central District of

21 California, Case No. CV-11-09746-DSF.

22         The U. S. District Court for the Central District of California has now entered a Judgment

23 of Dismissal in the underlying action. A copy of the Judgment, filed June 22, 2012 is attached

24 hereto as Exhibit "1".

25

26 . . .

27 . . .

28 . . .

As a result of the dismissal, this action should now be dismissed.

DATED this 27th day of June, 2012.

                              JONES VARGAS

                              /s/ Gary R. Goodheart
                              GARY R. GOODHEART, ESQ.
                              Nevada Bar # 1203
                              JONES VARGAS
                              3773 Howard Hughes Parkway
                              Third Floor South
                              Las Vegas, Nevada 89169
                              ATTORNEYS FOR REALTY ONE GROUP, INC.

**IT IS SO ORDERED.**

**DATED**   June 29, 2012            _/s/_
                                           **UNITED STATES DISTRICT JUDGE**